JPML FORM 1A                  DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 355 -- IN RE VERNITRON SECURITIES LITIGATION

| Date | No. Code | |
|---|---|---|
| 7/5/78 | 1 | MOTION, BRIEF, SCHEDULE OF CASES, AFFIDAVIT, CERT. OF SERVICE -- Defendants, Eichler, Hill Richards, Inc., DeGroot, Hill, and McClure (emh) |
| 7/11/78 | | SUGGESTED TRANSFEREE DISTRICT: C.D. California |
| | | SUGGESTED TRANSFEREE JUDGE : (emh) |
| 6/~~14~~/78 | 2 | SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF MOTION -- Defendants Bateman Eichler, Hill Richards, Inc., Willard G. DeGroot, Robert C. Hill and John C. McClure -- w/cert. of service and exhibits A, B, C and D (cds) |
| 7/14/78 | | APPEARANCES: JULES LANG, ESQ. FOR Milton Schwartz |
| | | MARSHALL B. GROSSMAN, ESQ. FOR JOEL LEWINSON and Michael Spear |
| | | CLIFFORD E. YUKNIS, ESQ. FOR Theodore Tannebaum Kaliber Partnership I, et al. |
| | | EDWIN C. SHIVER, ESQ. FOR Conway Smith, et al. |
| ~~7/14/78~~ | | ~~MARSHALL B. GROSSMAN, ESQ. FOR JOEL LEWINSON~~ |
| 7/14/78 | 3 | RESPONSE -- Plaintiffs Joel Lewinson and Michael Spear -- w/cert. of service (cds) |
| 7/17/78 | 4 | RESPONSE -- Plaintiffs Conway Smith, Jr. and Annette G. Smith, -- w/cert. of service (cds) |
| 7/19/78 | | APPEARANCE -- ELIHU M. BERLE, ESQ. FOR Len S. Smith, aka L. Steven Smith(cs) |
| 7/19/78 | 5 | RESPONSE -- Plaintiffs, Tannebaum, Kaliber Partnership I, Schwartz, Greenberg, Lubin, Salstone, with affidavit and cert/of svc. (emh) |
| 7/21/78 | | APPEARANCE -- Robert S. Warren, Esq. for Bateman Eichler, Hill Richards, Inc., DeGroot, Hill, McClure McNelley (emh) |
| 7/28/78 | 6 | RESPONSE (Adopts reasons set forth in Pleading #5) -- Plaintiff Milton Schwartz -- w/cert. of service (cds) |
| 7/31/78 | 7 | SECOND SUPPLEMENTAL AFFIDAVIT IN SUPPORT OF MOTION -- Defendants Bateman Eichler, Hill Richards, Inc., Willard G. DeGroot, Robert C. Hill and John C. McClure -- w/Exhibit A and certificate of service (cds) |
| ~~8/7/78~~ | | Notifying JPML of potential tag-along action entitled Financial Dynamics Fund, Inc. v. Bateman Eichler, Hill Richards, Inc., et al. C.D. Calif., CV78-2596R (cds) |
| 8/7/78 | | Supplemental Certificate of Service for Pleading No. 7 (emh) |
| 9/1/78 | | HEARING ORDER -- setting A-1 thru A-5 for hearing in ~~Miami, Fla.~~ Chicago, Ill on Sept. 29, 1978. (ea) |
| 9/6/78 | | ORDER -- J. Weigil transferring A-2 to C.D. California under 28 U.S.C. §1404(a) (emh) |
| 9/6/78 | | ORDER CORRECTING HEARING ORDER -- to reflect A-2 transferred from N.D.Calif. to C.D.Calif. Notified all counsel, Judges and Clerks (emh) |

JPML FORM 1A - Continuation                    DOCKET ENTRIES -- p. _____

DOCKET NO. _____ -- _____

| Date | No. Code | |
|---|---|---|
| 9/21/78 | | WAIVER OF ORAL ARGUMENT -- Defendant Len S. Smith, for hearing held in Chicago, Ill., on Sept. 29, 1978. (ea) |
| 9/21/78 | | WAIVER OF ORAL ARGUMENT -- Plaintiff Schwartz, for hearing held in Chicago, Ill., on Sept. 29, 1978. (ea) |

JPML FORM 1A - Continuation                              DOCKET ENTRIES -- p._____

DOCKET NO. 355 -- In re Vernitron Securities Litigation

| Date | Ref | Pleading Description |
|---|---|---|
| 12/18/78 | | CONSENT OF TRANSFEREE COURT -- for litigation to be assigned to the Honorable William Matthew Byrne, Jr., C.D. California, pursuant to 28 U.S.C. §1407 (emh) |
| 12/18/78 | | OPINION AND ORDER -- transferring A-1, A-2, A-4, A-5 to the Central District of California, assigned to Judge Byrne for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407.  (emh) |
| 2/9/79 | | B-8 Schneider v. Bateman Eichler, Hill Richards, Inc.,etal. D. Utah, C.A.No. C78-0331 ORDER TO SHOW CAUSE FILED TODAY. Notified involved counsel and judges. (ea) |
| 2/20/79 | | HEARING ORDER -- Setting B-8 Schneider v. Bateman, Eichler, Hill Richards, Inc., et al., D. Utah, #78-0331 for hearing in N.D. California on March 23, 1979 (cds) |
| 2/22/79 | 8 | RESPONSE -- Pltf. Noland H. Schneider w/cert. of svc. (ea) |
| 3/16/79 | | HEARING APPEARANCES: DAVID GELDZAHLER, ESQ. FOR Schnieder; J. MICHAEL BRENNAN, ESQ. FOR Bateman Eichler, etc. (cs) |
| 3/16/79 | | WAIVER OF ORAL ARGUMENT: Milton Schwartz; Plaintiffs in consolidated class actions; Theodore Tannebaum (cds) |
| 4/24/79 | | OPINION AND ORDER -- Transferring B-8 Schneider v. Bateman Eichler, D. Utah, C.A. No. 78-0331 to C.D. Cal., for assignment to Judge Byrne pursuant to 28 U.S.C. §1407 -- Notified transferee judge, clerk, transferor judge, clerk, involved counsel, Panel judges publishers and misc.      (rew) |
| 80/05/12 | | CONDITIONAL TRANSFER ORDER FILED TODAY. C-13 Caggiano, et al. v. Eichler, Richards, Inc., et al. Notified involved counsel and judges. (ds) |
| 80/05/28 | | CONDITIONAL TRANSFER FINAL TODAY. C-13 Caggiano, et al. v. BatemanEichler, Hill Richards, Inc., et al., D. Mass., C.A. No. 80-605-N -- Notified involved judges and clerks. |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 80/12/04 | | CONDITIONAL TRANSFER ORDER FILED TODAY -- C-15 Slater v. Bateman Eichler, HillRichards, Inc., et al., D. Mass. C.A. No. Civ 80-2408 -- Notified counsel and involved judges.    (rew) |
| 80/12/12 | 9 | NOTICE OF OPPOSITION (C-15) -- Slater v. Bateman Eichler, Hill Richards, Inc., .D. Mass., No. 80-2408 -- pltf. Slater w/cert. of svc. (ds) |
| 80/12/29 | 10 | MOTION/BRIEF TO VACATE CONDITIONAL TRANSFER ORDER -- pltf. Bernard Slater v. Bateman Eichler, Hill Richards, Inc., et al., D. Massachusetts, C.A. No. 80-2408 w/cert. of svc. (ds) |
| 81/1/14 | 11 | RESPONSE (to Pleading No. 10) -- Defts. Bateman Eichler, Hill Richard, Inc., Willard G. DeGroot, Robert C. Hill and John D. McClure, w/cert of Svc.    (rew) |
| 81/01/23 | | HEARING ORDER: Setting Opposition to transfer of C-15 Slater for Panel Hearing on February 26, 1981 in San Antonio, Texas   (cds) |
| 81/02/02 | 12 | RESPONSE -- Pltf. Howard Slater -- w/Exhibits and cert. of svc.  (emh) |
| 81/02/06 | 13 | STATEMENT OF DEFENDANT BATEMAN EICHLER, HILL RICHARDS Pursuant to Rule 7(e) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation.  (ds) |
| 81/02/24 | | HEARING APPEARANCES -- J. Michael Brennan, Esq. for Bateman Eichler, Hill Richards, Inc.; Edward T. Dangel, III, Esq. for Howard Slater      (ds) |
| 81/03/10 | | TRANSFER ORDER -- transferring C-15 Howard Slater v. Bateman Eichler, Hill Richards, Inc., et al., D.Mass., 80-2408 -- NOTIFIED INVOLVED JUDGES, CLERKS & COUNSEL cds |

DOCKET NO. 355 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE VERNITRON SECURITIES LITIGATION

## Summary of Panel Actions

Date(s) of Hearing(s)  9/29/78

Consolidation Ordered  12/8/78          Consolidation Denied _____

Opinion and/or Order   12/8/78   4/24/79

Citation   452 F.Supp. 391   469 F.Supp. 297

Transferee District  Central District of California    Transferee Judge  Hon. William Matthew Byrne, Jr.

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Joel Lewinson, et al. v. Bateman Eichler, et al. | C.D.CAL. Byrne | 78-1859 | | | 8/12/80 D | |
| A-2 | Conway Smith, Jr., et al. v. Bateman Eichler, et al. | C.D.CAL. Byrne | CV78-2640-WMB | | | 8/12/80 D | see also C |
| A-3 | Kaliber Partnership I, et al. v. Bateman Eichler, et al. | N.D.ILL. McMillen | 78-2299 | DO NOT COUNT | | | |
| A-4 | Theodore Tannebaum v. Bateman Eichler, et al. | N.D.ILL. McMillen | 78-2300 | 12/8/78 | 78-2244 | 2/18/80 D | |
| A-5 | Milton Schwartz v. Bateman Eichler, et al. | D.CONN. Newman | B78-133 | 12/8/78 | C78-4923 | 8/31/81 D | |
| XYZ-6 | Ferro Pagiai, etc. v. Bateman Eichler, et al. | C.D. Cal. | 78-2535-WMB | | | 11/7/79 D | |
| XYZ-7 | Financial Dynamics Fund, Inc. v. Bateman Eichler, et al. | C.D.Cal | 78-2596-WMB | | | 8/31/81 D | |
| B-8 | Noland H. Schneider v. Bateman Eichler, Hill Richards, Inc., et al. | D. Utah Anderson | 78-0331 | 4/24/79 | CV79-1590 | 1-7-80  2/1/79 SCO | |

July 1979  3 TR; 4 XYZ = 7 Pdg.

July 1980 - 4 TR; 9 XYZ - 3 Dis = 10 Pdg.

DOCKET NO. 355 -- In re Vernitron Securities Litigation -- P. ____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-9 | Louis H. Berger, et al. v. Bateman Eichler, Hill Richards, Inc., et al. | C.D.Cal. | 79-1804-WMB | | | 6/25/80 D | |
| XYZ-10 | Steven O. Ness v. Bateman, Eichler, Hill, Richards, Inc., et al. | C.D.Cal. | 79-2717-WMB | | | 8/31/81 D | |
| XYZ-11 | David Stanley v. Bateman Eichler, Hill Richards Inc., et al. | C.D.Cal. | 78-2731-WMB | | | 1/30/81 | |
| XYZ-12 | Martin Gerstel v. Bateman Eichler, Hill Richard, Inc., et al. | C.D.Cal | 79-3929-WMB | | | 8/15/80 D | |
| C-13 | Ernest Caggiano, et al. v. Bateman Eichler, Hill Richards, Inc., et al. | D. Mass Nelson | 80-605-N | 5/28/80 | 80-2340 | 8/31/81 D | |
| XYZ-14 | Lyle B. Himebaugh Jr. v. Len S. Smith, et al. | C.D.Cal Byrne | CV77-2935-WMB | | | 8/12/80 D | |
| | July 1980 — 4 TR/9 XYZ/3 Dis/10 Pdg | | | | | | |
| C-15 | ~~Bernard~~ Howard Slater v. Bateman Eichler, Hill Richards, Inc., et al. 12/4/80 opposed 12/22/80 | D. Mass Nelson | 80-2408 | 3/10/81 | | 2/1/82 D | |
| | July 1981 — 5 TR/9 XYZ/5 Dis/9 Pdg | | | | | | |
| | July 1982 — closed | | | | | | |

MAY 12 1980

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 355 -- IN RE VERNITRON SECURITIES LITIGATION

---

KALIBER PARTNERSHIP I, ET AL. (A-3)
THEODORE TANNEBAUM (A-4)
Clifford E. Yuknis, Esq.
Shefsky, Saitlin & Froelich, Ltd.
444 North Michigan Avenue
Suite 2300
Chicago, Illinois 60611

CONWAY SMITH, ET AL. (A-2)
Edwin C. Shiver, Esq.
Suite 1450 Alcoa Building
One Maritime Plaza
San Francisco, California 94111

JOEL LEWINSON, ET AL. (A-1)
Marshall B. Grossman, Esq.
1880 Century Park East
Suite 1212
Los Angeles, California 90067

MILTON SCHWARTZ (A-5)
Jules Lange, Esq.
Lipofsky, Lepofsky & Lang
7-9 Isaac Street
Post Office Box 511
Norwalk, Connecticut 06852

L. STEVEN SMITH
Elihu M. Berle, Esq.
Buchalter, Nemer, Fields & Chrystie
700 South Flower Street
Los Angeles, California 90017

NOLAND H. SCHNEIDER (B-8)

Stan Parker, Esq.
1016 Perrywill Ave.
Salt Lake City, Utah 84110

BATEMAN EICHLER
HILL RICHARDS, INC.
Robert S. Warren, Esq.
Gibson, Dunn & Crutcher
515 South Flower Street
Los Angeles, California 90017

WILLARD G. DEGROOT
ROBERT C. HILL
JOHN D. MCCLURE
DONALD B. MCNELLEY
Robert S. Warren, Esq.
(address listed above)

~~Bateman Eichler
Hill Richards, Inc.
Willard DeGroot
Robert C. Hill
John D. McClure
(Defendants in B-8)
(Local Counsel)
Jay E. Gurmankin, Esquire
500 Kearns Building
Salt Lake City, Utah 84101~~

ERNEST CAGGIANO, ET AL. (C-13)
James M. Pool, Esquire
89 State Street
Boston, Massachusetts 02109

```
JPML FORM 4A -- Continuation
                              Panel Attorney Service List -- p. _____

DOCKET NO. _____ -- _____
```

| | |
|---|---|
| **BERNARD SLATER (C-15)**<br>Robert A. Stolzberg, Esq.<br>Dangel & Sherry<br>Sixty State Street<br>Boston, Massachusetts  02109<br><br>BATEMAN EICHLER, HILL, RICHARDS<br>(Local Counsel)<br>James C. Heigham, Esquire<br>Mitchell H. Kaplan, Esq.<br>Choate, Hall & Stewart<br>60 State Street<br>Boston, MA  02109<br><br>J. Michael Brennan, Esq.<br>Gibson, Dunn & Crutcher<br>660 Newport Center Drive<br>P.O. Box 2490<br>Newport Beach, CA  92663<br><br>TUCKER ANTHONY & R. L. DAY, INC.<br>One Beacon Street<br>Boston, Mass.  02108<br><br>THOMPSON MCKINNON SECURITIES, INC.<br>75 Federal Street<br>Boston, Mass.<br><br>BACHE, HALSEY, STUART, SHIELDS, INC.<br>One Beacon Street<br>Boston, Mass.  02108<br><br>BEAR STEARNS<br>One Federal Street<br>Boston, Mass.<br><br>DREXEL, BURNHAM, LAMBERT, INC.<br>One Boston Place,<br>Boston, Mass. | L. F. ROTHSCHILD, UNTERBERG, TOWBIN<br>100 Federal Street<br>Boston, Mass<br><br>SHEARSON, HAYDEN, STONE, INC.<br>28 State Street<br>Boston, Mass.<br><br>DEAN, WITTER, REYNOLDS, INC.  *Ret.*<br>One Boston Place  *on Ret.*<br>Boston, Mass.<br><br>―――――――――――――――――――<br>Interested Law Firm<br>Blaustein and Witten<br>85 Devonshire Street<br>Boston, Mass. |

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 355 -- IN RE VERNITRON SECURITIES LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Bateman Eichler | A-1, A-2, A-3, A-4, A-5  B-8  C-4, C-13, 14, C-15 |
| Hill Richards, Inc. | ~~A-1, A-2, A-3, A-4, A-5  B-8~~ |
| L. Steven Smith | A-1, A-2, A-3  ~~C-4~~, C-13, 14, |
| Willard G. Degroot | A-1, A-2, A-3, A-4  B-8  C-4, C-13 |
| Robert C. Hill | A-1, A-2, A-3, A-4  B-8  ~~C-4~~, C-13 |
| John D. McClure | A-1, A-2, A-3, A-4  B-8  ~~C-4~~, C-13 |
| Donald B. McNelley | A-3, A-4 |
| _Saunders & Co._ | XYZ-14 |
| _Garin Frankel & Co._ | XYZ-14 |
| _Campbell & Co_ | XYZ-14 |
| _M. Peter Yaw_ | XYZ-14 |

p. \_\_\_\_\_

| | |
|---|---|
| Tucker Anthony & R. L. Day, Inc. | C-15 |
| Thompson McKinnon Sec. | C-15 |
| Bache, Halsey, Stuart, Shields, Inc. | C-15 |
| Bear Stearns | C-15 |
| Drexel, Burnham, Lambert Inc. | C-15 |
| L. F. Rochschild, Unterberg, Towbin | C-15 |
| Shearson, Hayden, Stone, Inc. | C-15 |
| Dean, Witter, Reynolds | C-15 |
| | |
| | |
| | |